IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-039-MR-DCK

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Certificate No. 492300, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WH HEALTHCARE GROUP, LLC, SUPERIOR HEALTHCARE PHYSICAL MEDICINE AND REHAB, PC, JEFFREY G. HEDGES, and ANDREW WELLS, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Joseph R. Pellington, concerning Mark A. Ropchock on April 15, 2020. Mark A. Ropchock seeks to appear as counsel *pro hac vice* for Defendant Jeffrey G. Hedges, D.C. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Mark A. Ropchock is hereby admitted *pro hac vice* to represent Defendant Jeffrey G. Hedges, D.C.

Signed: April 15, 2020

David C. Keesler
United States Magistrate Judge