UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to Certificate No. 492300, <br><br> Plaintiff, <br> v. <br><br> WH HEALTHCARE GROUP, LLC, an administratively dissolved North Carolina limited liability company, SUPERIOR HEALTHCARE PHYSICAL MEDICINE AND REHAB, PC, a dissolved North Carolina professional corporation; JEFFREY G. HEDGES, D.C.; and ANDREW WELLS, D.C.; <br><br> Defendants. | Civil Action No. 1:20-cv-39 |

**NOTICE OF SETTLEMENT AND STATUS REPORT**

COMES NOW Defendant Andrew Wells, D.C., by and through undersigned counsel, pursuant to the Court's Order dated 13 October 2020 [Doc. 31], and hereby respectfully submits this Notice of Settlement and Status Report. Defendant states as follows:

1. Pursuant to a settlement agreement, on 7 August 2020 Defendants Andrew Wells, Action Potential Management, LLC, and WH Healthcare Group, LLC were dismissed from the underlying *qui tam* action captioned *United States ex rel. Venus Pitts v. Dr. Jeffrey G. Hedges, D.C., et al.*, 5:16-CV-127-BO, pending in the United States District Court for the Eastern District of North Carolina (the *"qui tam"* action).

2. In the written settlement agreement in the *qui tam* action these defendants admitted no wrongdoing and the Government made no concessions regarding the claims brought in that

1

action. Conversely the settlement agreement specifically states that Dr. Wells and the other settling defendants continued to deny the allegations of the Government and relator.

3. The *qui tam* action continues to proceed against the remaining defendants in that action, including common defendant Dr. Jeffrey G. Hedges. The factual question of whether or not fraud was committed by the Defendants in this case remains an open question currently being litigated in that action.

4. For the reasons set forth in this Court's Order dated 13 October 2020, this action should remain stayed pending resolution of the *qui tam* action as to all defendants.

This the 19th day of October, 2020.

       BARBOUR SEARSON JONES & CASH, PLLC

       **s/Stephen L. Cash**
       BY: Stephen L. Cash
       NC State Bar No. 39101
       BY: Frederick S. Barbour
       NC State Bar No. 12118
       21 Battery Park, Suite 201
       Asheville, NC 28801
       Email: steve@lawyersasheville.com
               fred@lawyersasheville.com
       Telephone: (828) 252-5555
       Facsimile: (828) 232-9158
       *Attorneys for Defendant Dr. Andrew Wells*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date specified below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Bradley K. Overcash
    Daniel E. Peterson
    Parker Poe Adams & Bernstein LLP
    Three Wells Fargo Center
    401 South Tryon St., Suite 3000
    Charlotte, NC 28202
    *Attorney for Plaintiffs*

    Joseph R. Pellington
    Redding Jones, PLLC
    2907 Providence Road, Suite A303
    Charlotte, NC 28211
    *Attorney for Defendant Jeffrey G. Hedges, D.C.*

THIS the 19th day of October, 2020.

                                                  /s/ Stephen L. Cash
                                                Stephen L. Cash