IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00039-MR

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>vs.<br><br>WH HEALTHCARE GROUP, LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

**THIS MATTER** is before the Court on counsel's Motion to Withdraw as Counsel for Defendant Jeffrey G. Hedges [Doc. 33].

For the reasons stated in counsel's motion, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's Motion to Withdraw as Counsel for Defendant Jeffrey G. Hedges [Doc. 33] is hereby **GRANTED**, and attorney Joseph Raymond Pellington and the law firm of Redding Jones, PLLC, are hereby allowed to withdraw as local counsel for the Defendant Jeffrey G. Hedges in this matter.

**IT IS FURTHER ORDERED** that the Defendant Jeffrey G. Hedges shall have thirty (30) days from the entry of this Order to retain new local counsel as required by Local Civil Rule 83.1(b)(1).

**IT IS SO ORDERED.**

Signed: December 9, 2020

Martin Reidinger
Chief United States District Judge