IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00039-MR

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Certificate No. 492300, <br><br>Plaintiffs, <br><br>vs. <br><br>WH HEALTHCARE GROUP, LLC, an administratively dissolved North Carolina limited liability company; SUPERIOR HEALTHCARE PHYSICAL MEDICINE AND REHAB, PC, a dissolved North Carolina professional corporation; JEFFREY G. HEDGES, D.C.; and ANDREW WELLS, D.C., <br><br>Defendants. | <br><br><br><br><br><br>**O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Lift Stay. [Doc. 44].

For the reasons stated in the Plaintiffs' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 44] is **GRANTED**, and the stay of this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the entry of this Order, the parties shall take such further action as is necessary to further litigate and conclude this civil case.

**IT IS SO ORDERED.**

Signed: July 3, 2023

Martin Reidinger
Chief United States District Judge