IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Action No. 1:20-CV-00039-MR

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Certificate No. 492300,<br><br>Plaintiffs,<br><br>v.<br><br>WH HEALTHCARE GROUP, LLC, an administratively dissolved North Carolina limited liability company; SUPERIOR HEALTHCARE PHYSICAL MEDICINE AND REHAB, PC, a dissolved North Carolina professional corporation; JEFFREY G. HEDGES, D.C.; and ANDREW WELLS, D.C.,<br><br>Defendants. | PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT JEFFREY G. HEDGES, D.C. |

NOW COME, Those Certain Underwriters at Lloyd's, London, subscribing to Certificate No. 492300 ("Plaintiffs"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 55(b), and hereby respectfully move the Court to enter default judgment against Defendant Jeffrey G. Hedges, D.C. (hereinafter referred to as "the Defaulting Defendant").

As further elaborated upon in the contemporaneously filed memorandum of law, Plaintiffs have served the Summons and Complaint in the above-captioned matter on the Defaulting Defendant in accordance with Rule 4(h) of the Federal Rules of Civil Procedure. The time for the Defaulting Defendant to plead or otherwise

defend having passed under Rule 12(a) of the Federal Rules of Civil Procedure, entry of default by the Clerk of Court was filed on 5 September 2023 (Doc. 56), and the propriety of the relief sought against the Defaulting Defendant is thereby established as a matter of law.

As there is no just reason for delaying entry of default judgment as to the Defaulting Defendant, Plaintiffs request that the default judgment include a certification pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, directing the Clerk to enter the default judgment forthwith and without further notice.

**WHEREFORE**, Plaintiffs respectfully request the following relief as to the Defaulting Defendant:

1. That the Court enter the attached Default Judgment declaring that the allegations of the Plaintiffs' Complaint for Declaratory Relief are admitted as to the Defaulting Defendant;

2. That the Court enter the attached Default Judgment declaring that the allegations contained in the Government's Intervention Complaint do not trigger a duty to defend or indemnify the Defaulting Defendant under the e-MD®/MEDEFENSE® Plus Coverage, Certificate No. 492300 ("the Policy") for the reasons stated in the attached Memorandum in Support; and

3. That the Court enter the attached Default Judgment declaring that the Policy is rescinded and null and void *ab initio* as to the Defaulting Defendant based on the material misrepresentations made in the Policy application by Defendant Superior Healthcare Physical Medicine and Rehab, PC.

Respectfully submitted, this the 19th day of January, 2024.

/s/ Bradley K. Overcash
Bradley K. Overcash
N.C. State Bar No.: 36978
Daniel E. Peterson
N.C. State Bar No.: 41521
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: 704-372-9000
Facsimile: 704-334-4706
bradovercash@parkerpoe.com
danielpeterson@parkerpoe.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Plaintiffs' Motion for Default Judgment as to Defendant Jeffrey G. Hedges, D.C.* was served via electronic service or First Class mail, by placing a copy of same in a postage pre-paid envelope and depositing the envelope in an official depository under the United States Postal Service, addressed as follows:

> Jeffrey G. Hedges
> 12 Cool Springs Drive
> Asheville, NC  28806

This the 19th day of January, 2024.

> /s/ Bradley K. Overcash
> Bradley K. Overcash
> N.C. State Bar No.: 36978
> Daniel E. Peterson
> N.C. State Bar No.: 41521
> PARKER POE ADAMS & BERNSTEIN LLP
> 620 South Tryon Street, Suite 800
> Charlotte, NC  28202
> Telephone: 704-372-9000
> Facsimile: 704-334-4706
> bradovercash@parkerpoe.com
> danielpeterson@parkerpoe.com
>
> *Attorneys for Plaintiffs*